IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH SMITH, et. al., derivatively on behalf of ZION OIL & GAS, INC., <br> Plaintiffs; <br><br> v. <br><br> VICTOR G. CARRILLO, MICHAEL B. CROSWELL, JR., JOHN M. BROWN, DUSTIN L. GUINN, FORREST A. GARB, KENT S. SIEGEL, PAUL OROIAN, WILLIAM H. AVERY, THE ESTATE OF YEHEZKEL DRUCKMAN, LEE RUSSELL, JUSTIN W. FURNACE, GENE SCAMMAHORN, RALPH F. DEVORE, and MARTIN M. VAN BRAUMAN, <br> Defendants, <br><br> and <br><br> ZION OIL & GAS, INC., <br> Nominal Defendant. | Civil Action No. 18-1399-RGA |

ORDER

For the reasons stated in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (D.I. 21) is **GRANTED**.

Entered this **26** day of November, 2019.

*Richard G. Andrews*
United States District Judge